AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| KIM LNU | Case   2:05CR149-F |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __KIM LNU__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Sell or Distribute a Controlled Substance

Aiding and Abetting

in violation of Title __21 & 18__ United States Code, Section(s) __841, 846, and 2__

| DEBRA P. HACKETT | *Kelli Gregg* |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | JUNE 30, 2005 AT MONTGOMERY, AL. |
| Title of Issuing Officer | Date and Location |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |