| COURTROOM DEPUTY MINUTES | DATE: JULY 12, 2005 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 2:19 - 2:38 |

- [X] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [X] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **VANZETTA P. MCPHERSON** DEPUTY CLERK: **WANDA STINSON**

CASE NO. 2:05CR149-F-CSC            DEFT. NAME: KIM LNU (Chatham)

USA: Terry Moorer            ATTY: Bruce Maddox

Type Counsel: ( ) Retained; (X) Panel CJA; ( ) Waived; ( ) CDO; ( ) Stand In ONLY

USPTSO/USPO: Tamara Martin

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

| | |
|---|---|
| [X] kars. | Date of Arrest 7/12/05  or  ☐ karsr40 |
| [X] kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator |
| ☐ kcnsl. | Deft. First Appearance with Counsel |
| ☐ | Deft. First Appearance without Counsel |
| ☐ | Requests appointed Counsel  [X] **ORAL MOTION for Appointment of Counsel** |
| [X] kfinaff. | Financial Affidavit executed  ☐ to be obtained by PTSO |
| ☐ koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** |
| [X] k20appt. | Panel Attorney Appointed; [X] to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. |
| ☐ kdmhrg. | **Detention Hearing** ☐ held; ☐ set for _____ at _____ |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| [X] kocondrls. | Release order entered. Deft. advised of conditions of release |
| [X] kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $25,000. Deft released (kloc LR) |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered |
| ☐ kloc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ | Preliminary Hearing ☐ Set for _____ |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐ kwvprl. | Waiver of ☐ preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. |
| [X] karr. | **ARRAIGNMENT SET FOR:** _____ [X] **HELD.** Plea of **NOT GUILTY** entered. |
| | [X] Set for 7/7/05 Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____ |
| | **DISCOVERY DISCLOSURES DATE:** 7/15/05 |
| ☐ krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ |
| [X] kwvspt | **Waiver of Speedy Trial Act Rights Executed** |