| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   SEPTEMBER 19, 2005** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:  1:10 - 1:11** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE: CHARLES S. COODY**     **DEPUTY CLERK: WANDA STINSON**

**CASE NUMBER:  2:05CR149-F-C**     **DEFENDANT NAME: KIM CHATHAM**

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY. BRUCE MADDOX |

√     **DISCOVERY STATUS: NONE.**

√     **PENDING MOTION STATUS: MOTION TO AMEND INDICTMENT.  Deft has no objection.**

√     **PLEA STATUS: POSSIBLE PLEA**

√     **TRIAL STATUS:   WILL TAKE 3 DAYS FOR TRIAL.**

❏     **REMARKS:**