IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | * CRIM. NO. 2:05CR149-F |
| KIM CHATHAM, | * |
| Defendant. | * |

_____

DEFENDANTS' JURY VENIRE QUESTIONS
_____

Defendants ask that the following questions be posed to the jury venire.

1. Have any of you ever served on a criminal jury before, either Grand Jury or Petit Jury?

2. Please state the nature of the charge and the verdict.

3. Have you ever been a witness for the Government in a criminal case?

4. Are any of you, by religious association or otherwise, so personally committed to the "war against drugs" that you have offered financial support or volunteer work efforts to any agency working in opposition to drug use?

5. Are any of you, by religious association or otherwise, so personally committed to the "war against drugs" that you would have difficulty in sitting as a juror in a drug case and rendering a fair and impartial verdict based solely upon the evidence and the law?

6. Are any of you employed by any agency of law enforcement?

7. Do any of you know or are you associated with any of the witnesses for the United States in this case?

(Defendant would ask the Court to direct the prosecution to disclose the names of witnesses to be called to testify).

8. Do any of you know how methamphetamine is manufactured? If so, when and how did you become aware of that process?

9. Do any of you know what pseudoephedrine is? If so, when and how did you become

aware of that information?

10. Have any of you ever used the over-the-counter medication known as Sudafed?

11 Do any of you have any knowledge of the law and/or regulations regarding the sale of pseudoephedrine? If so, how did you obtain that knowledge?

11. Would any of you take as true the testimony of a witness who was a police officer over that of a witness who was not a police officer simply because he or she was a police officer?

/s/BRUCE MADDOX
MAD013
6728 Taylor Court
Montgomery, Alabama 36117
Ph: 334-244-7333