IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| V. | * | CASE NO. 2:05-CR-149-F |
| | * | |
| **LESLIE H. TRAWICK d/b/a** | * | |
| **LAKE GROCERY,** | * | |
| **BUFFY LYNN ROBERSON, and** | * | |
| **KIM CHATHAM** | * | |
| | * | |
| Defendant. | * | |

## UNOPPOSED MOTION TO CONTINUE

Comes now the defendant by and through counsel and requests this Honorable Court to continue the Trial in this cause from November 7, 2005, to a date subsequent, and as grounds therefor says as follows:

1. Additional time is needed for investigation and possible settlement.

2. Counsel has spoken to Assistant United States Attorney Tommie Brown Hardwick and she has no objections to a continuance.

Respectfully submitted this the 4th day of November, 2005.

                                                           S/Bruce Maddox
                                                          Bruce Maddox (MAD013)
                                                          Attorney for Kim Chatham

Of Counsel:

Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| V. | *   CASE NO. 2:05-CR-149-F |
| | * |
| **LESLIE H. TRAWICK d/b/a** | * |
| **LAKE GROCERY,** | * |
| **BUFFY LYNN ROBERSON, and** | * |
| **KIM CHATHAM** | * |
| | * |
| **Defendant.** | * |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of November, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Tommie Brown Hardwick, Assistant United States Attorney.

Respectfully submitted.

                                                                S/Bruce Maddox
                                                                Of Counsel