IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CRIM. NO. 2:05CR149-F |
| KIM CHATHAM, | * | |
| Defendant. | * | |

## WAIVER OF SPEEDY TRIAL BY DEFENDANT

Comes now Defendant Kim Chatham, with counsel, and in support of his Motion to Continue, concurrently filed, waives the right to speedy trial granted by 18 U. S. Code 3161 stating the grounds stated in his aforesaid Motion for Continuance and the interests of justice outweigh the interests of himself and the government in the right to speedy trial granted by said 18 U. S. Code 3161. Defendant makes this Waiver having conferred fully with counsel, and with the undersigned counsel's concurrence. Defendant further makes this Waiver with the understanding that such a continuance may cause a delay of several months in his trial.

Respectfully submitted on this the 3rd day of November, 2005.

_Kim Chatham_
Kim Chatham, Defendant

_Bruce Maddox_
BRUCE MADDOX (MAD013)
Attorney for Kim Chatham