IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-149-F |
| | ) | (WO) |
| BUFFY LYNN ROBERSON | ) | |
| KIM CHATHAM | ) | |

## **O R D E R**

Upon consideration of the Motion to Continue Trial (Doc. #66) filed on November 4, 2005 by defendant Chatham, it is hereby

ORDERED that the motion is DENIED as moot. On November 3, 2005, the Court entered an order continuing this case to the February 13, 2006 criminal trial term.

DONE this 4th day of November, 2005.

                                                  /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE