BIN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| Plaintiff, | * |
| | * |
| V. | *   CASE NO. 2:05-CR-149-F |
| | * |
| LESLIE H. TRAWICK d/b/a | * |
| LAKE GROCERY, | * |
| BUFFY LYNN ROBERSON, and | * |
| KIM CHATHAM | * |
| | * |
| Defendant. | * |

## MOTION TO WITHDRAW

Come now undersigned Counsel and moves the Court to permit him to withdraw as counsel for Defendant, Kim Chatham and as grounds therefor says as follows:

1. That counsel for defendant has a spinal injury that requires a series of medical beginning on February, 7, 2006.

2. As a result of said medications and procedures it would be impossible for counsel to prepare and try case.

3. Counsel waives payment of fees earned up to this date.

Respectfully submitted this the 23rd day of January, 2006.

                S/Bruce Maddox
                Bruce Maddox (MAD013)
                Attorney for Kim Chatham

Of Counsel:
Law Offices of Bruce Maddox
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax: (334) 260-9600

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| V. | * | CASE NO. 2:05-CR-149-F |
| | * | |
| **LESLIE H. TRAWICK d/b/a** | * | |
| **LAKE GROCERY,** | * | |
| **BUFFY LYNN ROBERSON, and** | * | |
| **KIM CHATHAM** | * | |
| | * | |
| **Defendant.** | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of January, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Tommie Brown Hardwick, Assistant United States Attorney.

Respectfully submitted.

                                                   S/Bruce Maddox
                                                   Of Counsel