IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:05cr149-LSC |
| ) | |
| KIM CHATHAM ) | |

**ORDER**

This case was initially set for trial on February 13, 2006. On January 23, 2006, counsel for the defendant filed a motion to withdraw due to a medical procedure scheduled for February 7, 2006. On January 30, 2006, the trial of this matter was continued from the February trial term and is anticipated to be scheduled for the April trial term. Defense counsel had previously notified the court that his motion to withdraw would become moot if the trial was continued. Consequently, upon consideration of the motion to withdraw (doc. # 78), and for good cause, it is

ORDERED that the motion be and is hereby DENIED as moot.

Done this 8th day of February, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE