IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                                                      ) | CR NO.   2:05CR149-LSC-CSC |
| ) | |
| BUFFY LYNN ROBERSON            ) | |
| KIM CHATHAM                             ) | |

## ORDER

For good cause, it is

**ORDERED** that this case be and is hereby set on trial term commencing **April 17, 2006,** before the Honorable L. Scott Coogler.

It is further **ORDERED** that a final pretrial conference be and is hereby set for **March 3, 2006 at 3:30 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 8th day of February, 2006.

　　　　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE