| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   MARCH 6, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:35 - 1:37** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>     **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>2:05CR149-LSC-CSC</u>     **DEFENDANT NAME:** <u>KIM CHATHAM</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  SUSAN REDMON | ATTY. BRUCE MADDOX |

√     **DISCOVERY STATUS:** Completed.

___

√     **PENDING MOTION STATUS:**   First Motion in Limine  -  Judge Coogler will hear motion.

___

☐     **PLEA STATUS:**

___

√     **TRIAL STATUS:** Case will take 3 days, if goes to trial.

___

☐     **REMARKS:**

___