## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
|    Plaintiff, | * | |
| | * | |
| v. | * | CRIM. NO. 2:05CR149-MEF |
| | * | |
| **KIM CHATHAM,** | * | |
| | * | |
|    Defendant. | * | |

### NOTICE OF INTENT TO CHANGE PLEA

Comes now the Defendant Kim Chatham and gives notice of her intent to change her plea previously entered herein from Not Guilty to Guilty. The entry of a plea of Guilty will be pursuant to an information to be filed by the government and pursuant to a plea agreement under Rule 11(c)(1)(C), *Federal Rules of Criminal Procedure*. Permission to enter this plea was given in a telephone conference this date by Judge L. Scott Coogler, and he has authorized the taking of this plea by a Magistrate Judge.

Respectfully submitted on this the 11th day of April, 2006.


S/Bruce Maddox
**BRUCE MADDOX (MAD013)**
**Attorney for Kim Chatham**
6728 Taylor Court
Montgomery, Alabama 36117
Phone: (334) 244-7333
Fax:  (334)269-9600

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| v. | *   CRIM. NO. 2:05CR149-MEF |
| KIM CHATHAM, | * |
| Defendant. | * |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to Tommie Brown Hardwick, Assistant United States Attorney.

Respectfully submitted.

S/Bruce Maddox
Of Counsel