RECEIVED IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2006 APR 12  A 8: 35

DEBRA P. HACKETT, CLK
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:05cr-149-LSC |
| | ) | [18 USC 4] |
| v. | ) | |
| | ) | |
| KIM CHATHAM | ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

On or about February 6, 2003, in Covington County, Alabama, within the Middle

District of Alabama,

KIM CHATHAM,

defendant herein, having knowledge of the actual commission of a felony cognizable by a court of

the United States, to wit, Distribution of a Listed Chemical, in violation of Title 21, United States

Code, Section 841(c)(2), did conceal the same and did not as soon as possible make known the same

to some judge or other person in civil authority under the United States, in violation of Title 18,

United States Code, Section 4.


LOUIS V. FRANKLIN, SR.
Chief, Criminal Division


TOMMIE BROWN HARDWICK
Assistant United States Attorney