# United States District Court

**FILED**

__MIDDLE__ DISTRICT OF __ALABAMA__     APR 1 4 2006

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

KIM CHATHAM

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:05cr149-LSC

I, __Kim Chatham__, the above named defendant, who is accused of

VIOLATION OF TITLE 18 USC § 4,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4-14-06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Kim Chatham_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer