# COURTROOM DEPUTY MINUTES DATE: April 14, 2006   FTR RECORDING: 2:01-2:06
# MIDDLE DISTRICT OF ALABAMA      2:15-2:24
COURT REPORTER: MITHCHELL REISNER

☐ ARRAIGNMENT   ✓ CHANGE OF PLEA   ☐ CONSENT PLEA
☐ RULE 44(c) HEARING   ☐ SENTENCING

**PRESIDING MAG. JUDGE:** _CHARLES S. COODY_   **DEPUTY CLERK:** _WANDA STINSON_
**CASE NUMBER:** _2:05CR149-LSC-CSC_   **DEFENDANT NAME:** _KIM CHATHAM_
**AUSA:** _TOMMIE HARDWICK_   **DEFENDANT ATTY:** _BRUCE MADDOX_
**USPO:** _Al Lancaster_
Type Counsel: ( ) Waived; ( ) Retained; (✓) Panel CJA; ( ) CDO
Defendant ___ does ✓ does NOT need and interpreter. Name: _____

☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

✓ **WAIVER OF INDICTMENT** executed and filed.

✓ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity
✓ Guilty as to:   ✓ Count(s) _1_   of the **Felony Information**
☐ Count(s) _____   ☐ dismissed on oral motion of USA;
☐ To be dismissed at sentencing.

✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

☐ No Plea Agreement entered. ✓ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.
☐ **ORDERED SEALED.**

✓ **ORAL ORDER** Adjudicating defendant guilty.

✓ **ORDER:** Defendant Continued ✓ same Conditions/Bond imposed ; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; ✓ Sentencing on _____; ✓ to be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
☐ Trial on _____; or ☐ Sentencing on _____ ☐ Set by separate Order.