IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:05cr149-LSC |
| | ) | |
| KIM CHATHAM | ) | |

## UNITED STATES' MOTION FOR REDUCTION FOR ACCEPTANCE OF RESPONSIBILITY

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on Defendant's acceptance of responsibility. As grounds for this Motion, the United States avers as follows:

1.  On Aril 12, 2006, a felony Information was filed against the Defendant.

2.  The Defendant notified the United States of Defendant's intent to plead guilty in sufficient time to qualify for an additional one point offense level reduction. The Defendant pled guilty to the Information on April 14, 2006.

3.  Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this motion be GRANTED.

Respectfully submitted this the 28th day of June, 2006.

                    LEURA G. CANARY
                    UNITED STATES ATTORNEY

                    /s/Tommie Brown Hardwick
                    TOMMIE BROWN HARDWICK
                    One Court Square, Suite 201
                    Montgomery, AL 36104
                    Phone: (334) 223-7280
                    Fax: (334) 223-7135
                    E-mail: tommie.hardwick@usdoj.gov
                    ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:05cr149-LSC |
| | ) | |
| KIM CHATHAM | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Bruce Maddox, Esquire.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T