IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. <u>2:05cr149-LSC</u> |
| | ) | |
| KIM CHATHAM | ) | |

MOTION TO DISMISS COUNTS 1 & 4 OF THE INDICTMENT

Comes now the United States of America, by and through Leura G. Canary,

United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss

Counts 1 & 4 of the Indictment, heretofore filed,  in the above-styled cause to Kim Chatham, on

the following grounds, to wit: Chatham pleaded guilty to a Felony Information.

Respectfully submitted this the 11th day of July, 2006.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
            v.                    )          CR NO. <u>2:05cr149-LSC</u>
                                  )
KIM CHATHAM                       )

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 11, 2006, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce Maddox, Esq.

Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov