IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
       v.                  )      CR NO. <u>2:05cr149-LSC</u>
                              )
KIM CHATHAM             )

<u>ORDER</u>

       Upon consideration of the Motion for Leave to Dismiss Counts 1 & 4 of the Indictment as

Kim Chatham, heretofore filed in the above-styled cause, and for good cause shown, the Court is

of the opinion that the motion should be and the same hereby is granted.  It is, therefore,

CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be

and the same is hereby granted.

       Done this <u>12</u><sup>th</sup> day of <u>July 2006</u>.

                            _____

                                 L. SCOTT COOGLER
                    UNITED STATES DISTRICT JUDGE
                               124019